United States District Court
Southern District of Texas
**ENTERED**
October 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL JACKSON, (TDCJ # 02534927), | § | |
| *Plaintiff*, | § | |
| vs. | § | CIVIL ACTION NO. H-26-3797 |
| ADAM GONZALEZ, *et al.*, | § | |
| *Defendants*. | § | |

# MEMORANDUM OPINION AND ORDER

Proceeding *pro se* and *in forma pauperis*, Christopher Michael Jackson, (TDCJ # 02534927), filed a civil rights complaint under 42 U.S.C. § 1983 in May 2026, alleging that multiple individuals have violated his civil and constitutional rights in connection with his imprisonment. (Dkt. 1). On September 8, 2026, the Court ordered Jackson to submit a more definite statement of the facts involved in his action by filing written answers under oath to questions posed by the Court within thirty days of the date of the order. (Dkt. 7). The Court instructed him to answer the questions to the best of his ability and warned him that failing to comply as ordered would result in the Court dismissing his action without further notice under Federal Rule of Civil Procedure 41(b). (*Id.* at 6).

Jackson has failed to respond to the Court's order, and the time to do so has now expired. His failure to pursue this action forces the Court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, the Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order).

Accordingly, the Court **ORDERS** as follows:

1. Jackson's civil-rights action, (Dkt. 1), is **DISMISSED without prejudice** for want of prosecution.

2. Any pending motions are **DENIED as moot**.

3. Jackson is advised that upon a showing of good cause for failing to comply with the Court's order of September 8, relief from this Order may be granted under Federal Rule of Civil Procedure 60(b). Any motion under Rule 60(b) must be accompanied by Jackson's sworn response to the September 8 order .

The Clerk will provide a copy of this Order to the plaintiff.

SIGNED at Houston, Texas on Oct 27, 2026.

David Hittner
DAVID HITTNER
UNITED STATES DISTRICT JUDGE